STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Jeffrey.Rogan@ClarkCountyDANV.gov
*Attorneys for Defendants Clark County and Delgado Lopez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAVANZ CROSBY and ANDREANAI HALL, individuals,

Plaintiff,

vs.

CITY OF NORTH LAS VEGAS on relation of the NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CLARK COUNTY on relation of the NORTH LAS VEGAS CONSTABLE'S OFFICE, a political subdivision of the State of Nevada; MIKE CARMODY, individually; DELGADO LOPEZ, individually, MICHAEL MORRISON, individually; JENSIA MANGUAL, individually; THANH LEE, individually; DOES I-V, inclusive,

Defendants.

Case No: 2:24-cv-00880-RFB-EJY

**STIPULATION AND ~~PROPOSED~~ ORDER BY AND BETWEEN PLAINTIFFS AND DEFENDANTS CLARK COUNTY, MIKE CARMODY, AND DELGADO LOPEZ TO (1) WAIVE SERVICE OF PROCESS AND TO (2) EXTEND TIME FOR FILING AN ANSWER OR DISPOSTIVE MOTION IN RESPONSE TO PLAINTIFFS' COMPLAINT [1]**

**(First Request)**

It is stipulated by and between the undersigned parties individually or through their respective attorneys, that:

1. Defendants CLARK COUNTY on relation of the NORTH LAS VEGAS CONSTABLE'S OFFICE, a political subdivision of the State of Nevada ("Clark

County"), MIKE CARMODY ("Carmody"), and DELGADO LOPEZ ("Lopez") hereby waive service of Plaintiffs' Complaint [1] and proposed summonses [4], [5], [8].

2. Defendants CLARK COUNTY, CARMODY, and LOPEZ may have 60 days from June 17, 2024 (August 16, 2024) to file an answer or dispositive motion in response to Plaintiffs' Complaint [1];
3. This is the first extension of time requested; and,
4. In support thereof,
    a. CLARK COUNTY, CARMODY, and LOPEZ represent that they have requested representation and defense in this matter from their professional liability insurer and are awaiting a response;
    b. CLARK COUNTY, CARMODY, and LOPEZ dispute that service of Plaintiffs' summons and complaint was proper, but have agreed to waive service of the summonses and complaint and forgo their right to object to Plaintiffs' service of process;
    c. The request for an extension of 60 days to file a response is consistent with the time allowed to file an answer or dispositive motion in response to Plaintiffs' Complaint had CLARK COUNTY, CARMODY, and LOPEZ waived service pursuant to FRCP 4(d); and,
    d. Plaintiffs do not object to the request as a professional courtesy while the above-named defendants await a response from their insurance carrier.

DATED this 20th day of June, 2024.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: */s/ Jeffrey S. Rogan*
JEFFREY S. ROGAN
Deputy District Attorney
State Bar No. 10734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
*Attorneys for Defendant Clark County and Delgado Lopez*

/s/ Adam J. Breeden
ADAM J. BREEDEN, ESQ.
BREEDEN & ASSOCIATES, PLLC
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Adam@Breedenandassociates.com
*Attorney for Plaintiffs*

/s/ Michael Carmody
MICHAEL CARMODY
Deputy Constable
c/o OFFICE OF THE NORTH LAS VEGAS TOWNSHIP CONSTABLE
2428 N. Martin L. King Blvd.
North Las Vegas, NV 89032
*Defendant pro se*

/s/ Christopher D. Craft
CHRISTOPHER D. CRAFT, ESQ.
Deputy City Attorney
2250 Las Vegas Blvd. North
Ste 810
North Las Vegas, NV 89030
craftc@cityofnorthlasvegas.com
*Attorney for City of North Las Vegas, Michael Morrison, and Jensia Mangual*

**Order**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2024