**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAVANZ CROSBY and ANDREANAI HALL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS on relation of the NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CLARK COUNTY on relation of the NORTH LAS VEGAS CONSTABLE'S OFFICE, a political subdivision of the State of Nevada; MIKE CARMODY, individually; DELGADO LOPEZ, individually, MICHAEL MORRISON, individually; JESENIA MANGUAL, individually; THANH LEE, individually; DOES I-V, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00880<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS [ECF NO. 24]**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

Plaintiffs, LAVANZ CROSBY and ANDREANAI HALL, by and through their counsel, Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, Defendants CITY OF NORTH LAS VEGAS, MICHAEL MORRISON and JESENIA MANGUAL, by and through their counsel Christopher D. Craft, Esq., and Defendants CLARK COUNTY, DELGADO LOPEZ, and MIKE CARDMOY, by and through their counsel Jonathan D. Blum, Esq. of WILEY PETERSEN and hereby stipulate:

WHEREAS on August 16, 2024, Defendants Clark County, Delgado Lopez, and Mike Carmody filed its "Motion to Dismiss Complaint by Defendants Clark County, Delgado Lopez, and

Mike Carmody" [ECF NO. 24].

WHEREAS on August 19, 2024, Defendants City of North Las Vegas, Michael Morrison and Jesenia Mangual filed its "Joinder of Defendants City of North Las Vegas, Michael Morrison and Jesenia Mangual to Motion to Dismiss to Motion to Dismiss Complaint by Defendants Clark County, Delgado Lopez and Mike Carmody" [ECF NO. 26].

WHEREAS Plaintiffs have requested additional time to file their Opposition to the pending Motions to Dismiss and Joinder thereto.

WHEREFORE,

**IT IS HEREBY STIPULATED** that Plaintiffs Lavanz Crosby and Andreanai Hall shall have up to and including Friday, September 13, 2024 to file and serve their opposition to the pending Motions to Dismiss and associated Joinder.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated this 30th day of August 2024. | Dated this 30th day of August, 2024. |
| **BREEDEN & ASSOCIATES, PLLC** | **CITY OF NORTH LAS VEGAS OFFICE OF THE CITY ATTORNEY** |
| /s/ Adam J. Breeden | /s/ Christopher D. Craft |
| **ADAM J. BREEDEN, ESQ.**<br>Nevada Bar No. 008768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com<br>*Attorneys for Plaintiffs* | **CHRISTOPHER D. CRAFT, ESQ.**<br>Deputy City Attorney<br>Nevada Bar No. 7314<br>2250 Las Vegas Blvd. North, Suite 810<br>North Las Vegas, NV 89030<br>*Attorney for City of North Las Vegas, Michael Morrison, and Jesenia Mangual* |

Dated this 30th day of August 2024.

**WILEY PETERSEN**

/s/ Jonathan D. Blum

**JONATHAN D. BLUM ESQ.**
Nevada Bar No. 09515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
*Attorney for Defendants Clark County, Delgado Lopez, and Mike Carmody*

1
2
3       **IT IS SO ORDERED:**
4       _____
5       RICHARD F. BOULWARE, II
        UNITED STATES DISTRICT JUDGE
6
7       DATED this 3 of September 2024.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28